


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE CLAYETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED CORPORATION,<br><br>Defendant. | Civil Action No.: 2:10-cv-06978-TON<br><br>**FILED**<br>FEB / ~ 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |
| MONIQUE ORIEUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED CORPORATION,<br><br>Defendant. | Civil Action No.: 2:11-cv-00234-TON |
| CHAD K. EPSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED CORPORATION,<br>Defendant. | Civil Action No.: 2:11-cv-00269-TON |

## STIPULATION TO EXTEND DEFENDANT'S
## TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiffs in the above captioned cases and Defendant CertainTeed Corporation,

by and through their undersigned counsel, hereby stipulate and agree that the time within which

Defendant must answer, move or otherwise plead to the Complaints in these cases is extended until March 31, 2011. No such prior extension has been granted.

/s/ Ellen Meriwether
Ellen Meriwether (Pa. ID No. 45210)
Bryan L. Clobes (Pa. ID No. 68151)
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

/s/ Arnold Levin
Arnold Levin
Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

/s/ Shanon J. Carson
H. Laddie Montague, Jr.
Lawrence Deutsch
Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Attorneys for Plaintiffs

Dated: February 4, 2011

/s/ Anthony C.H. Vale
Anthony C.H. Vale (PA ID No. 28139)
Robert L. Hickok (PA ID No. 30101)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Attorneys for Defendant

APPROVED BY THE COURT:

Dated: 2/7/11

_____
O'Neill, J.