

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CertainTeed Fiber Cement Siding Litigation :

This Document Relates to:    All Actions

MASTER FILE NO. 10-6978

### STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE CONSOLIDATED CLASS COMPLAINT

Plaintiffs in the above-captioned litigation and Defendant CertainTeed Corporation, through their undersigned counsel, hereby stipulate and agree that the time within which Plaintiffs must file their Consolidated Complaint is extended from June 6, 2011, as set forth in the Court's April 4, 2011 Case Management Order No. 2, to until June 13, 2011. No such prior extension has been granted.

/s/ Shanon J. Carson
H. Laddie Montague, Jr.
Lawrence Deutsch
Shanon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
(215) 875-4656 – Telephone
(215) 875-4604 – Facsimile

/s/ Michael McShane
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555 – Telephone
(415) 576-1776 – Facsimile

/s/ Arnold Levin
Arnold Levin
Charles E. Schaffer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

/s/ Anthony Vale
Anthony Vale
Robert L. Hickok
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000 – Telephone
(215) 981-4750 – Facsimile

*Attorneys for Defendant*

1

(215) 592-1500 – Telephone
(215) 592-4663 – Facsimile

/s/ Charles J. LaDuca
Charles J. LaDuca
Brendan S. Thompson
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960 – Telephone
(202) 789-1813 – Facsimile

/s/ Ellen Meriwether
Ellen Meriwether
Bryan L. Clobes
Cafferty Faucher, LLP
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(215) 864-2800 – Telephone
(215) 864-2810 – Facsimile

/s/ Jennifer W. Sprengel
Jennifer W. Sprengel
Cafferty Faucher, LLP
Chicago, IL 60602
(312) 782-4880 – Telephone
(312) 782-4485 – Facsimile

*Attorneys for Plaintiffs*

Dated: June 2, 2011